[No. 54106-4-I.   Division One.   May 30, 2006.]

PUGET SOUND ENERGY, *Respondent,* v. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ET AL., *Appellants,* AMERICAN MOTORIST INSURANCE COMPANY, *Defendant,* ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 01-2-30326-1, Michael J. Trickey, J., entered May 20 and June 2, 2003, and March 17, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ. Now published at 134 Wn. App. 228.

[No. 54202-8-I.   Division One.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMON LEE BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-05618-5, Carol A. Schapira, J., entered March 26, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 54971-5-I; 53698-2-I;   Division One.   May 30, 2006.]
        52137-3-I.

*In the Matter of the Personal Restraint of* DEWAYNE WEST, *Petitioner.*

Petitions for relief from personal restraint. *Denied* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Agid, JJ.

[No. 54997-9-I.   Division One.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYNE DEE WELLS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00690-3, Susan K. Cook, J., entered August 31, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Cox, JJ.